Patrick C. Cooper
James S. Ward
WARD & WILSON, L.L.C.
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: 205-871-5404

Danilo J. Becerra
Law Offices of Danilo J. Becerra
828 W. Las Tunas Drive
San Gabriel, California 97716
Telephone: 626-585-0017

Michael F. Ghozland
Ghozland Law Firm
555 West Fifth Street
Suite 3100
Los Angeles, CA 90013
Tel: 213-996-8327

*(additional counsel appear on signature page)*

*Attorneys for Plaintiff*
*Bruce Pettway*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: 5-Hour Energy<br><br>Marketing and Sales Practices<br><br>Litigation, MDL No. 2438 | ) CASE NO. 2:13-CV-04001 PSG-PLA<br>)<br>) **ALABAMA GROUP'S MOTION TO**<br>) **APPOINT PATRICK COOPER**<br>) **OF WARD & WILSON AS**<br>) **INTERIM CO-LEAD**<br>) **PLAINTIFFS' COUNSEL** |

<u>INTRODUCTION</u>

The Alabama Group is comprised of named plaintiffs who have brought six separate state fraud class actions against defendant Innovative Ventures, LCC relating to the sales practices and marketing of the 5-Hour Energy drink.[1] Those states are Alabama, Georgia, Illinois, New Jersey,

---

[1] Those cases are *Pettway v. Innovation Ventures, LLC*, 2:13-CV-04001 PSG-PLA (Alabama); *Guarino v. Innovation Ventures, LLC*, 2:13-CV-04004 PSG-PLA (Illinois); *Alder v. Innovation Ventures LLC*, 2:13-CV-04361 PSG-PLA (New Jersey); *Thompson v. Innovation Ventures, LLC*, 2:13-CV-04447 PSG-PLA (Pennsylvania); *Ellis v. Innovation Ventures, LLC*, 2:13-CV-04446

- i -

New Mexico and Pennsylvania. Over 60 million consumers reside in those states, representing almost half of the total consumers living in the 13 states presently before the Court in this MDL.

Notwithstanding the Alabama Group's substantial expertise (individually and collectively) in class action and complex litigation, the group has been turned away at every request to have at least one of its members participate as co-lead plaintiffs' counsel. The rejection is puzzling given that, at the request of Tim Fisher of Bursor & Fisher and Anthony Volozzo of Faruqi & Faruqi, the Alabama Group petitioned the JPML to select the Central District of California as the venue for the MDL rather than Northern District of Ohio as a number of other firms wanted.[2] Odder still, once the MDL transfer order was issued, the Alabama Group was informed that the firms of Messrs. Fischer and Volozzo would act as two co-lead plaintiffs' counsel and Mark Geragos of Geragos & Geragos, as the representative of the attorneys who sought an Ohio MDL, would act as the third.[3] There would be no room for a fourth co-lead, we were told.[4]

---

PSG-PLA (New Mexico); *Anthony Quinn McCray v. Innovation Ventures, LLC,*. 2:13-CV-06014 PSG-PLA (Georgia).

[2] The most common means of selecting class counsel is the so-called "private ordering" approach, whereby involved counsel jointly come to a representational consensus and submit their recommendation in that regard to the court for approval. See Manual for Complex Litigation, § 21.272 ("The lawyers agree who should be lead class counsel and the court approves the selection after a review to ensure that the counsel selected is adequate to represent the class interests."). Moreover, efforts of plaintiffs' counsel to coordinate activities between themselves should be encouraged. Id. at § 10.22. Despite the Alabama Group's best efforts, and much to their surprise, this process has not been successful.

[3] We acknowledge that our group was offered a position on a ministerial Executive Committee, which would be subordinate to the Co-Lead Plaintiffs' Counsel and which would work at their direction. That offer, of course, was rejected because our group is not interested in work, for work's sake, but in the leadership and direction and ultimate success of this MDL on behalf of consumers. Again, as counsel of plaintiffs from six states, we seek meaningful participation in this MDL proceeding.

[4] Numerous courts, including this District, have appointed four or more co-lead plaintiffs' counsel. See e.g., *Toyota Accelerator Litigation* (C.D. Cal.), MDL No. 2151 (five co-lead plaintiffs' counsel); *Aftermarket Automotive Litigation* (C.D. Cal.), MDL No. 2007 (four); *NFL Concussion Injury Litigation*, MDL No. 2323 (six); *Pradaxa Litigation*, MDL No. 2385 (five); *Merck Securities Litigation*, MDL No. 1658 (four); *Celexa and Lexapro Litigation*, MDL No. 2067 (four); *Glaceau Vitaminwater Litigation*, MDL No. 2215 (five); *In re Air Cargo Shipping*, 240 F.R.D. 56, 58-59 (E.D.N.Y 2006) (four); *Nowak v. Ford Motor Co.*, 240 F.R.D. 355 (E.D. Mich. 2006) (four); *In Re Pressure Sensitive Labelstock*, 2007 WL 4150666, *22 (M.D. Pa., Nov. 19

1  As discussed below, based on the depth of class action and complex litigation experience of Mr. Cooper and the group as a whole (which includes local counsel Michael Ghozland who once worked at the preeminent class action firm of Robbins Geller Rudman & Dowd and Danilo Becerra who has tried over 200 cases in the Los Angeles area) we ask that the Court appoint Mr. Cooper as a representative of the group as interim co-lead plaintiffs' counsel to work jointly with whatever firm or firms the Court decides should also act as co-lead plaintiffs' counsel.

## ARGUMENT

### A. Counsel for the Alabama Group has the Expertise and Resources to Contribute to this MDL as a Co-Lead Counsel.

Although neither the federal rules nor the advisory committee notes expressly so state, it appears to be generally accepted that the considerations set out in *Fed. R. Civ. P.* 23(g)(1)(A) and (B), which governs appointment of class counsel once a class is certified, apply equally to the designation of class counsel before certification. *See In re Air Cargo Shipping Services Antitrust Litigation,* 240 F.R.D. 56, 57 (E.D.N.Y. 2006) As the Court is aware, one factor to consider when appointing class counsel is counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action. *See Fed. R. Civ. P.* 23(g)(1)(A); *see also Outten v. Wilmington Trust Corp.,* 281 F.R.D. 193, 197 (D. Del. 2012*); In re LIBOR-Based Fin. Instruments Antitrust Litig.,* Civ. No. 11-MD-2262, 2011 U.S. Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011).[5]

Here, members of our group, and in particular Patrick Cooper, possess substantial experience handling class actions and other complex litigations. Indeed, Mr. Cooper has the unique experience of having both defended and prosecuted class actions.[6] Mr. Cooper graduated

---

2007) (four); *Porsche Litigation,* MDL No. 2233 (four); *Bing Materials Litigation,* MDL No. 2283; *Imperils Litigation,* MDL No. 2284 (four).

[5] *Fed. R. Civ. P.* 23(1)(C) states that a court may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interest of the class.

[6] *See* Declaration of Patrick C. Cooper, Exhibit A.

- iii -

Yale College in 1982 and Yale Law School in 1985. He clerked from 1985 to 1986 for former Chief Judge Sam C. Pointer of the United States District Court for the Northern District of Alabama where among other things he assisted in the editing *of The Manual on Complex Litigation.* From there Mr. Cooper worked at Cravath, Swaine & Moore in New York, then McCutchen,Doyle in San Francisco, before returning to his home state Alabama to practice at Maynard Cooper, a firm that he helped build from 40-plus attorneys to over 200 attorneys.

At Maynard Cooper Mr. Cooper represented Merrill Lynch, Citibank, Lehman Brothers, HealthSouth, Bell South and other corporations in numerous securities and consumer fraud class actions. Mr. Cooper had the only WorldCom securities case that went to trial when the Alabama Retirement System sought over $100 million in damages from Bear Stearns. Mr. Cooper brought back an 11-1 hung jury in favor of Bear. The case was covered extensively by the Wall Street Journal and New York Times. Mr. Cooper also holds the record for the largest trade secrets jury verdict in the history of Alabama and the third largest jury verdict, $40 million, in Birmingham. Mr. Cooper have been designated a Super Lawyer and Best of the Bar by his peers.

In 2009, Mr. Cooper joined Ward & Wilson to create an exclusively plaintiffs' class action practice. To that end, he is co-lead trial counsel with the Robbins Geller firm in an $800 million securities class action against Regions Financial, the tenth largest bank in the country, a case that has been covered extensively by the Wall Street Journal. As a result of plaintiffs' investigative work, the Department of Justice has opened a criminal investigation. That case has been certified. Mr. Cooper is class counsel in another securities class action brought against Walter Energy. Mr. Cooper is also co-lead trial class counsel in an eight-state consumer fraud class action brought against Sturm Foods. He is also part of a group of attorneys who brought a consolidated consumer fraud class action against Sun Trust Bank.

Over the past few years Mr. Cooper has worked closely with the Birmingham-based nine-person law firm of Burke, Harvey & Frankowski, which was co-founded by Peter Burke, 1988 *summa cum laude* graduate of Washington & Lee University and 1991 Yale Law School graduate

and member of the Yale Law Journal.[7] Prior to forming BH&F, Mr. Burke was a partner with Whatley Drake & Kallas, and primarily handled class litigation. (BH&F is co-counsel in the Alabama and Georgia cases.) Mr. Burke has over 20 years of extensive experience working in various types of class action including consumer, derivative and securities and has been voted a Super Lawyer for several years.

Allen Schreiber joined BH&F two years ago. Mr. Schreiber was one of the lead counsels representing workers at Family Dollar in a collective action FLSA case.[8] The case tried two times and Mr. Schreiber received a $32,000,000 verdict and upheld that verdict in the Eleventh Circuit. The case is reported as *Morgan v. Family Dol*lar and withstood appeal to United States Supreme Court Ultimately Family Dollar paid $49,000,000 with interest and attorney fees. Mr. Schreiber has been voted a Super Lawyer and Best of the Bar. Mr. Schreiber currently represents 2500 plaintiffs in collective action against Dollar General. He is also part of lead counsel in nationwide collective action against Enterprise Rental Cars for former assistant managers.

Messrs. Burke and Schreiber also filed the first antitrust action against Pool Corp. which is currently a MDL in New Orleans. They are also active in the Blue Cross Blue Shield MDL in Birmingham. Mr. Schreiber is on the Litigation Committee in BCBS case and Mr. Burke is on the class action committee.

Todd Matthews of the 16-person Gori Julian & Associates law firm (counsel in the Illinois case) has an extensive background in trying complex cases.[9] Gori, Julian & Associates is currently heavily involved in the Strum Coffee Class Action, Volkswagen Wiring Harness Class Action, Transvaginal Mesh, DePuy and Stryker Hip, and SSRI MDL litigation, as well as the state coordinated cases involving Actos and Granuflo. Mr. Matthews is a member of the discovery committee in the Actos state court action and the Pradaxa MDL and is a member of the leadership team heading up the state action in St. Louis City Court for Granulfo. Barry Julian is on the

---

[7] *See* Declaration of Patrick C. Cooper, Exhibit B.
[8] *See* Declaration of Patrick C. Cooper, Exhibit C.
[9] *See* Declaration of Patrick C. Cooper, Exhibit D.

creditor's committee of the Yarway Chapter 11 case: In re: Yarway Corporation Case no 13-11025(BLS) filed in the United States Bankruptcy Court For The District Of Delaware and is the Chairman of the Creditor's Committee in Metex Mfg. Corporation (f/k/a Kentile Floors, Inc.) Case No. 12-14554(BRL) United States Bankruptcy Court Southern District of New York, Specialty Products Holding Company, Case No. 10-11780, US Bankruptcy Court, District of Delaware, United Gilsonite Laboratories, Case No. 11-020302, Middle District of Pennsylvania, and Flintkote Company, Case No. 04-11300, District of Delaware. As well, Barry Julian has served on the Claimants' Steering Committee for the AC&S and GAF bankruptcies

Al Yates (counsel of the Pennsylvania case), who has practiced for over 35 years, is also part of our team and has extensive class action experience. Mr. Yates has been involved in over 100 class actions that resulted in recovery for plaintiffs.[10]

Michael Maizes (counsel for the New Jersey case) and Kallie Dixon (counsel for the New Mexico case), like the rest of our group, are fully committed to prosecuting the 5-Hour Energy cases.[11]

In addition we have added to our group as local counsel Michael Ghozland who recently left Robbins Geller Rudman and Dowd which is the preeminent class action firm in the country. Mr. Ghozland has a wealth of experience and knowledge regarding securities and consumer fraud class actions.[12] Also local counsel is Danilo Becerra who has tried over 200 cases in federal and state courts in the Los Angeles area.[13] Mr. Becerra insights in trying these cases, if they reach that far, would be invaluable.

---

[10] *See* Declaration of Patrick C. Cooper, Exhibit E.

[11] District Courts consider the amount of resources that counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A); see also *Outten v. Wilmington Trust Corp.*, 281 F.R.D. 193, 197 (D. Del. 2012); *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Civ. No. 11-MD-2262, 2011 U.S. Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011). Obviously, if the Alabama Group is allowed meaningful participation in this litigation their ability to commit resources from more than seven law firms will be significant.

[12] *See* Declaration of Patrick C. Cooper, Exhibit F.

[13] *See* Declaration of Patrick C. Cooper, Exhibit G.

## B. Counsel for the Alabama Group has the Expertise and Knowledge of the Applicable States' Respective Laws.

Another factor the courts often consider is counsel's knowledge of the applicable law. *Fed. R. Civ. P.* 23(g)(1)(A); *see also, Outten v. Wilmington Trust Corp.*, 281 F.R.D. 193, 197 (D. Del. 2012); *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Civ. No. 11-MD-2262, 2011 U.S. Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011).

At some point, the Court will have to decide whether to certify the statutory fraud and warranty claims of the 13 different states presently before it. Each state has its own specific consumer fraud statute with its own standard for determining violations and damages. Each has different aspects as to what does (or does not) constitute a breach of express or implied warranty. And each state has its own body of case law for determining the circumstances under which a class may (or may not) be certified (*e.g.,* presumption of reliance, causation) under the consumer fraud statute and for warranty claims.[14]

Our group brings value to the co-lead Plaintiffs' counsel position in this context. Our group includes experts in consumer fraud law in almost half of the states before the Court. *See In re Google Inc. Cookie Placement Consumer Privacy Litigation*, MDL CIV. No. 12-2358-SLR. United States District Court, D. Delaware. November 16, 2012 ("Nevertheless, the court finds that the Sossin group, which represents 16 of the 24 cases, has made a stronger showing under Rule 23(g)(1)(A)(i) and (iv).") In addition, Mr. Cooper practiced in New York and California and thus is familiar with the consumer fraud laws of those two states.

## CONCLUSION

In sum, the Alabama Group requested that the MDL be sent to this forum. The Alabama Group represents consumers in almost half of the states presently before the Court. The Alabama Group has lawyers with expertise and knowledge regarding the consumer protection/warranty laws of those respective states. In addition, the Alabama Group has two local lawyers based in

ALABAMA GROUP'S MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

1 | Los Angeles that bring additional resources and knowledge to the effort. Undoubtedly, the
2 | Alabama Group provides a wealth of experience and resources in class actions and complex
3 | litigation which will help advance the ultimate resolution of this MDL. Accordingly, the Alabama
4 | Group requests meaningful participation in the MDL by the Court's appointment of Patrick C.
5 | Cooper as co-lead plaintiffs' counsel for the Alabama Group.

Dated: September 13, 2013      Respectfully submitted,


By:____/s/ Patrick C. Cooper____

Patrick C. Cooper
Jim Ward
Ward & Wilson
2100 Southbridge Parkway
Suite 580
Birmingham, AL 35209
Tel: 205-871-5540
Email: patrickccooper@yahoo.com

Danilo J. Becerra
Law Offices of Danilo J. Becerra
828 W. Las Tunas Drive
San Gabriel, California 97716
Telephone: 626-585-0017

Michael F. Ghozland
Ghozland Law Firm
555 West Fifth Street
Suite 3100
Los Angeles, CA 90013
Tel: 213-996-8327

*Attorneys for Plaintiff Bruce Pettway*

---

[14] The potential national class action would arise under the federal Magnuson-Moss Warranty Act. But such a class, if certified, would be limited to those 5-Hour drinks that were sold in multi-packs because the statute only applies to purchases of $5 or more.

- viii -
ALABAMA GROUP'S MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

```
 1                          Peter Burke
                            Allen Schreiber
 2                          Burke Harvey & Frankowski
                            One Highland Place
 3                          2151 Highland Avenue
                            Suite 120
 4                          Birmingham AL  35205
                            Tel:  205-747-1901
 5                          Email: pburke@bhflegal.com

 6                          Calvin C. Biggers
                            Law Offices of Calvin Biggers, PC
 7                          4412 Gary Avenue
                            Fairfield, AL  35064
 8                          Tel:  205-637-1636

 9                          Michael F. Ghozland
                            Ghozland Law Firm
10                          555 West Fifth Street
                            Suite 3100
11                          Los Angeles, CA  90013
                            Tel:  213-996-8327
12
                            Attorneys for Anthony Quinn McCray (Georgia)
13

14
                            D. Todd Matthews
                            Gori, Julian & Associates
15                          150 Main Street
                            Edwardsville, IL  62025
16                          Tel: 618-659-9833

17                          Attorneys for Thomas R Guarino (Illiinois)

18
                            Alfred G. Yates, Jr.
19                          Law Offices of Alfred G. Yates, Jr., PC
                            519 Allegheny Building
20                          429 Forbes Avenue
                            Pittsburg, PA  15291
21                          Tel:  412-391-5164

22                          Attorneys for Donna A. Thompson (Pennsylvania)

23
                            Michael H. Maizes
24                          Maizes & Maizes LLP
                            2027 Williamsbridge Road
25                          Bronx, NY  10461-1630
                            Tel:  718-823-4000
26
                            Attorneys for Marc A Adler (New Jersey)
27

28
                                      - ix -
         ALABAMA GROUP'S MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON AS INTERIM
                              CO-LEAD PLAINTIFFS' COUNSEL
```

Kallie Dixon
Kallie Dixon Law, P.C.
500 Tijeras Avenue NW
Albuquerque, NM 87102
Tel: 505-242-8000

*Attorneys for David Ellis (New Mexico)*

CERTIFICATE OF SERVICE

I hereby certify that I have, on this 13th day of September, 2013, filed the foregoing using the electronic filing system (ECF), which will automatically serve the following counsel of record:

Andrew P. Walsh
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
420 North 20th Street, Suite 1400
Birmingham, AL 35203-5202

Daryl M. Crone
Gerald E. Hawxhurst
CROWN HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90024

                                                s/ Patrick C. Cooper
                                                Counsel for Plaintiff

ALABAMA GROUP'S MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL