Patrick C. Cooper
James S. Ward
WARD & WILSON, L.L.C.
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209
Telephone: 205-871-5404

Michael F. Ghozland
Ghozland Law Firm
555 West Fifth Street
Suite 3100
Los Angeles, CA 90013
Tel: 213-996-8327

Danilo J. Becerra
Law Offices of Danilo J. Becerra
828 W. Las Tunas Drive
San Gabriel, California 97716
Telephone: 626-585-0017

*(additional counsel appear on signature page)*

*Attorneys for Plaintiff*
*Bruce Pettway*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: 5-Hour Energy<br><br>Marketing and Sales Practices<br><br>Litigation, MDL No. 2438 | )  CASE NO. 2:13-CV-04001 PSG-PLA<br>)<br>)  **ALABAMA GROUP'S AMENDED**<br>)  **MOTION TO APPOINT PATRICK COOPER**<br>)  **OF WARD & WILSON AS**<br>)  **INTERIM CO-LEAD**<br>)  **PLAINTIFFS' COUNSEL** |

## INTRODUCTION

The Alabama Group submits this document as a substitute to an earlier filed version in order to correct the certificate of service which previously failed to include all counsel to this proceeding. The Alabama Group is comprised of named plaintiffs who have brought six separate state fraud class actions against defendant Innovation Ventures, LCC relating to the sales practices and marketing of the 5-Hour Energy drink.[1] Those states are Alabama, Georgia, Illinois, New

---

[1] Those cases are *Pettway v. Innovation Ventures, LLC*, 2:13-CV-04001 PSG-PLA (Alabama); *Guarino v. Innovation Ventures, LLC*, 2:13-CV-04004 PSG-PLA (Illinois); *Alder v. Innovation*

Jersey, New Mexico and Pennsylvania.    Over 60 million consumers reside in those states, representing almost half of the total consumers living in the 13 states presently before the Court in this MDL.

Notwithstanding the Alabama Group's substantial expertise (individually and collectively) in class action and complex litigation, the group has been turned away at every request to have at least one of its members participate as co-lead plaintiffs' counsel.    The rejection is puzzling given that, at the request of Tim Fisher of Bursor & Fisher and Anthony Volozzo of Faruqi & Faruqi, the Alabama Group petitioned the JPML to select the Central District of California as the venue for the MDL rather than Northern District of Ohio as a number of other firms wanted.[2]   Odder still, once the MDL transfer order was issued, the Alabama Group was informed that the firms of Messrs. Fischer and Volozzo would act as two co-lead plaintiffs' counsel and Mark Geragos of Geragos & Geragos, as the representative of the attorneys who sought an Ohio MDL, would act as the third.[3]   There would be no room for a fourth co-lead, we were told.[4]

_____

*Ventures LLC*, 2:13-CV-04361 PSG-PLA (New Jersey); *Thompson v. Innovation Ventures, LLC*, 2:13-CV-04447 PSG-PLA (Pennsylvania); *Ellis v. Innovation Ventures, LLC*, 2:13-CV-04446 PSG-PLA (New Mexico); *Anthony Quinn McCray v. Innovation Ventures, LLC,*. 2:13-CV-06014 PSG-PLA (Georgia).

[2] The most common means of selecting class counsel is the so-called "private ordering" approach, whereby involved counsel jointly come to a representational consensus and submit their recommendation in that regard to the court for approval. *See* Manual for Complex Litigation, § 21.272 ("The lawyers agree who should be lead class counsel and the court approves the selection after a review to ensure that the counsel selected is adequate to represent the class interests."). Moreover, efforts of plaintiffs' counsel to coordinate activities between themselves should be encouraged. Id. at § 10.22. Despite the Alabama Group's best efforts, and much to their surprise, this process has not been successful.

[3] We acknowledge that our group was offered a position on a ministerial Executive Committee, which would be subordinate to the Co-Lead Plaintiffs' Counsel and which would work at their direction.    That offer, of course, was rejected because our group is not interested in work, for work's sake, but in the leadership and direction and ultimate success of this MDL on behalf of consumers.    Again, as counsel of plaintiffs from six states, we seek meaningful participation in this MDL proceeding.

[4] Numerous courts, including this District, have appointed four or more co-lead plaintiffs' counsel. *See e.g., Toyota Accelerator Litigation* (C.D. Cal.), MDL No. 2151 (five co-lead plaintiffs' counsel*); Aftermarket Automotive Litigation* (C.D. Cal.), MDL No. 2007 (four); *NFL Concussion Injury Litigation*, MDL No. 2323 (six); *Pradaxa Litigation*, MDL No. 2385 (five); *Merck*

As discussed below, based on the depth of class action and complex litigation experience of Mr. Cooper and the group as a whole (which includes local counsel Michael Ghozland who once worked at the preeminent class action firm of Robbins Geller Rudman & Dowd and Danilo Becerra who has tried over 200 cases in the Los Angeles area) we ask that the Court appoint Mr. Cooper as a representative of the group as interim co-lead plaintiffs' counsel to work jointly with whatever firm or firms the Court decides should also act as co-lead plaintiffs' counsel.

<u>ARGUMENT</u>

A.   <u>Counsel for the Alabama Group has the Expertise and Resources</u>
<u>to Contribute to this MDL as a Co-Lead Counsel.</u>

Although neither the federal rules nor the advisory committee notes expressly so state, it appears to be generally accepted that the considerations set out in *Fed. R. Civ. P.* 23(g)(1)(A) and (B), which governs appointment of class counsel once a class is certified, apply equally to the designation of class counsel before certification. *See In re Air Cargo Shipping Services Antitrust Litigation,* 240 F.R.D. 56, 57 (E.D.N.Y. 2006)  As the Court is aware, one factor to consider when appointing class counsel is counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action. *See Fed. R. Civ. P.* 23(g)(1)(A); *see also Outten v. Wilmington Trust Corp.*, 281 F.R.D. 193, 197 (D. Del. 2012*); In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Civ. No. 11-MD-2262, 2011 U.S. Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011).[5]

Here, members of our group, and in particular Patrick Cooper, possess substantial experience handling class actions and other complex litigations. Indeed, Mr. Cooper has the

---

*Securities Litigation*, MDL No. 1658 (four); *Celexa and Lexapro Litigation*, MDL No. 2067 (four); *Glaceau Vitaminwater Litigation*, MDL No. 2215 (five); *In re Air Cargo Shipping*, 240 F.R.D. 56, 58-59 (E.D.N.Y 2006) (four); *Nowak v. Ford Motor Co.*, 240 F.R.D. 355 (E.D. Mich. 2006) (four); *In Re Pressure Sensitive Labelstock*, 2007 WL 4150666, *22 (M.D. Pa., Nov. 19 2007) (four); *Porsche Litigation*, MDL No. 2233 (four); *Bing Materials Litigation*, MDL No. 2283; *Imperils Litigation*, MDL No. 2284 (four).

[5] *Fed. R. Civ. P.* 23(1)(C) states that a court may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interest of the class.

unique experience of having both defended and prosecuted class actions.[6]  Mr. Cooper graduated Yale College in 1982 and Yale Law School in 1985.  He clerked from 1985 to 1986 for former Chief Judge Sam C. Pointer of the United States District Court for the Northern District of Alabama where among other things he assisted in the editing *of The Manual on Complex Litigation*.   From there Mr. Cooper worked at Cravath, Swaine & Moore in New York, then McCutchen,Doyle in San Francisco, before returning to his home state Alabama to practice at Maynard Cooper, a firm that he helped build from 40-plus attorneys to over 200 attorneys.

At Maynard Cooper Mr. Cooper represented Merrill Lynch, Citibank, Lehman Brothers, HealthSouth, Bell South and other corporations in numerous securities and consumer fraud class actions.  Mr. Cooper had the only WorldCom securities case that went to trial when the Alabama Retirement System sought over $100 million in damages from Bear Stearns.  Mr. Cooper brought back an 11-1 hung jury in favor of Bear.  The case was covered extensively by the Wall Street Journal and New York Times.  Mr. Cooper also holds the record for the largest trade secrets jury verdict in the history of Alabama and the third largest jury verdict, $40 million, in Birmingham. Mr. Cooper have been designated a Super Lawyer and Best of the Bar by his peers.

In 2009, Mr. Cooper joined Ward & Wilson to create an exclusively plaintiffs' class action practice.  To that end, he is co-lead trial counsel with the Robbins Geller firm in an $800 million securities class action against Regions Financial, the tenth largest bank in the country, a case that has been covered extensively by the Wall Street Journal.  As a result of plaintiffs' investigative work, the Department of Justice has opened a criminal investigation.  That case has been certified. Mr. Cooper is class counsel in another securities class action brought against Walter Energy.  Mr. Cooper is also co-lead trial class counsel in an eight-state consumer fraud class action brought against Sturm Foods.  He is also part of a group of attorneys who brought a consolidated consumer fraud class action against Sun Trust Bank.

---

[6] *See* Declaration of Patrick C. Cooper, Exhibit A.

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

Over the past few years Mr. Cooper has worked closely with the Birmingham-based nine-person law firm of Burke, Harvey & Frankowski, which was co-founded by Peter Burke, 1988 *summa cum laude* graduate of Washington & Lee University and 1991 Yale Law School graduate and member of the Yale Law Journal.[7]  Prior to forming BH&F, Mr. Burke was a partner with Whatley Drake & Kallas, and primarily handled class litigation.  (BH&F is co-counsel in the Alabama and Georgia cases.)  Mr. Burke has over 20 years of extensive experience working in various types of class action including consumer, derivative and securities and has been voted a Super Lawyer for several years.

Allen Schreiber joined BH&F two years ago.  Mr. Schreiber was one of the lead counsels representing workers at Family Dollar in a collective action FLSA case.[8]  The case tried two times and Mr. Schreiber received a $32,000,000 verdict and upheld that verdict in the Eleventh Circuit.  The case is reported as *Morgan v. Family Dollar* and withstood appeal to United States Supreme Court   Ultimately Family Dollar paid $49,000,000 with interest and attorney fees.  Mr. Schreiber has been voted a Super Lawyer and Best of the Bar.  Mr. Schreiber currently represents 2500 plaintiffs in collective action against Dollar General.  He is also part of lead counsel in nationwide collective action against Enterprise Rental Cars for former assistant managers.

Messrs. Burke and Schreiber also filed the first antitrust action against Pool Corp. which is currently a MDL in New Orleans.  They are also active in the Blue Cross Blue Shield MDL in Birmingham.  Mr. Schreiber is on the Litigation Committee in BCBS case and Mr. Burke is on the class action committee.

Todd Matthews of the 16-person Gori Julian & Associates law firm (counsel in the Illinois case) has an extensive background in trying complex cases.[9]  Gori, Julian & Associates is currently heavily involved in the Strum Coffee Class Action, Volkswagen Wiring Harness Class Action, Transvaginal Mesh, DePuy and Stryker Hip, and SSRI MDL litigation, as well as the state

---

[7] *See* Declaration of Patrick C. Cooper, Exhibit B.

[8] *See* Declaration of Patrick C. Cooper, Exhibit C.

[9] *See* Declaration of Patrick C. Cooper, Exhibit D.

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

coordinated cases involving Actos and Granuflo.  Mr. Matthews is a member of the discovery committee in the Actos state court action and the Pradaxa MDL and is a member of the leadership team heading up the state action in St. Louis City Court for Granulfo.  Barry Julian is on the creditor's committee of the Yarway Chapter 11 case: In re: Yarway Corporation Case no 13-11025(BLS) filed in the United States Bankruptcy Court For The District Of Delaware and is the Chairman of the Creditor's Committee in Metex Mfg. Corporation (f/k/a Kentile Floors, Inc.) Case No. 12-14554(BRL) United States Bankruptcy Court Southern District of New York, Specialty Products Holding Company, Case No. 10-11780, US Bankruptcy Court, District of Delaware, United Gilsonite Laboratories, Case No. 11-020302, Middle District of Pennsylvania, and Flintkote Company, Case No. 04-11300, District of Delaware.  As well, Barry Julian has served on the Claimants' Steering Committee for the AC&S and GAF bankruptcies

Al Yates (counsel of the Pennsylvania case), who has practiced for over 35 years, is also part of our team and has extensive class action experience.  Mr. Yates has been involved in over 100 class actions that resulted in recovery for plaintiffs.[10]

Michael Maizes (counsel for the New Jersey case) and Kallie Dixon (counsel for the New Mexico case), like the rest of our group, are fully committed to prosecuting the 5-Hour Energy cases.[11]

In addition we have added to our group as local counsel Michael Ghozland who recently left Robbins Geller Rudman and Dowd which is the preeminent class action firm in the country.  Mr. Ghozland has a wealth of experience and knowledge regarding securities and consumer fraud class actions.[12]  Also local counsel is Danilo Becerra who has tried over 200 cases in federal and

---

[10] *See* Declaration of Patrick C. Cooper, Exhibit E.

[11] District Courts consider the amount of resources that counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A); *see* also *Outten v. Wilmington Trust Corp.*, 281 F.R.D. 193, 197 (D. Del. 2012); *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Civ. No. 11-MD-2262, 2011 U.S. Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011).  Obviously, if the Alabama Group is allowed meaningful participation in this litigation their ability to commit resources from more than seven law firms will be significant.

[12] *See* Declaration of Patrick C. Cooper, Exhibit F.

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

1   state courts in the Los Angeles area.[13]  Mr. Becerra insights in trying these cases, if they reach that

2   far, would be invaluable.

3       B.      Counsel for the Alabama Group has the Expertise and Knowledge
                of the Applicable States' Respective Laws.

4

5       Another factor the courts often consider is counsel's knowledge of the applicable law. *Fed.*

6   *R. Civ. P.* 23(g)(1)(A); *see also, Outten v. Wilmington Trust Corp.*, 281 F.R.D. 193, 197 (D. Del.

7   2012); *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, Civ. No. 11-MD-2262, 2011 U.S.

8   Dist. LEXIS 137242 (S.D.N.Y. Nov. 29, 2011).

9       At some point, the Court will have to decide whether to certify the statutory fraud and

10  warranty claims of the 13 different states presently before it.  Each state has its own specific

11  consumer fraud statute with its own standard for determining violations and damages.  Each has

12  different aspects as to what does (or does not) constitute a breach of express or implied warranty.

13  And each state has its own body of case law for determining the circumstances under which a

14  class may (or may not) be certified (*e.g.,* presumption of reliance, causation) under the consumer

15  fraud statute and for warranty claims.[14]

16      Our group brings value to the co-lead Plaintiffs' counsel position in this context.  Our

17  group includes experts in consumer fraud law in almost half of the states before the Court.  *See In*

18  *re Google Inc. Cookie Placement Consumer Privacy Litigation*, MDL CIV. No. 12-2358-SLR.

19  United States District Court, D. Delaware. November 16, 2012 ("Nevertheless, the court finds that

20  the Sossin group, which represents 16 of the 24 cases, has made a stronger showing under Rule

21  23(g)(1)(A)(i) and (iv).")  In addition, Mr. Cooper practiced in New York and California and thus

22  is familiar with the consumer fraud laws of those two states.

23                                  CONCLUSION

24

25  _____

    [13] *See* Declaration of Patrick C. Cooper, Exhibit G.

26   [14] The potential national class action would arise under the federal Magnuson-Moss Warranty

27  Act. But such a class, if certified, would be limited to those 5-Hour drinks that were sold in multi-
    packs because the statute only applies to purchases of $5 or more.

28

1    In sum, the Alabama Group requested that the MDL be sent to this forum.  The Alabama

2  Group represents consumers in almost half of the states presently before the Court.  The Alabama

3  Group has lawyers with expertise and knowledge regarding the consumer protection/warranty

4  laws of those respective states.  In addition, the Alabama Group has two local lawyers based in

5  Los Angeles that bring additional resources and knowledge to the effort.  Undoubtedly, the

6  Alabama Group provides a wealth of experience and resources in class actions and complex

7  litigation which will help advance the ultimate resolution of this MDL.  Accordingly, the Alabama

8  Group requests meaningful participation in the MDL by the Court's appointment of Patrick C.

9  Cooper as co-lead plaintiffs' counsel for the Alabama Group.

10

11  Dated:  September 13, 2013                    Respectfully submitted,

12

13                                    By:____/s/_Patrick C. Cooper_____

14

15                                    Patrick C. Cooper
                                     Jim Ward
16                                    Ward & Wilson
                                     2100 Southbridge Parkway
                                     Suite 580
17                                    Birmingham, AL  35209
                                     Tel: 205-871-5540
18                                    Email:  patrickccooper@yahoo.com

19                                    Danilo J. Becerra
                                     Law Offices of Danilo J. Becerra
20                                    828 W. Las Tunas Drive
                                     San Gabriel, California  97716
21                                    Telephone: 626-585-0017

22                                    Michael F. Ghozland
                                     Ghozland Law Firm
23                                    555 West Fifth Street
                                     Suite 3100
24                                    Los Angeles, CA  90013
                                     Tel:  213-996-8327

25

26                                    *Attorneys for Plaintiff Bruce Pettway*

27

28
─────────────────────────────────────────────────
                                     - viii -
ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
            AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Peter Burke
Allen Schreiber
Burke Harvey & Frankowski
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham AL  35205
Tel:  205-747-1901
Email: pburke@bhflegal.com

Calvin C. Biggers
Law Offices of Calvin Biggers, PC
4412 Gary Avenue
Fairfield, AL  35064
Tel:  205-637-1636

Michael F. Ghozland
Ghozland Law Firm
555 West Fifth Street
Suite 3100
Los Angeles, CA  90013
Tel:  213-996-8327

*Attorneys for Anthony Quinn McCray (Georgia)*

D. Todd Matthews
Gori, Julian & Associates
150 Main Street
Edwardsville, IL  62025
Tel:  618-659-9833

*Attorneys for Thomas R Guarino (Illiinois)*

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., PC
519 Allegheny Building
429 Forbes Avenue
Pittsburg, PA  15291
Tel:  412-391-5164

*Attorneys for Donna A. Thompson (Pennsylvania)*

Michael H. Maizes
Maizes & Maizes LLP
2027 Williamsbridge Road
Bronx, NY  10461-1630
Tel:  718-823-4000

*Attorneys for Marc A Adler (New Jersey)*

- ix -

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

1

2                Kallie Dixon
               Kallie Dixon Law, P.C.

3                500 Tijeras Avenue NW
               Albuquerque, NM  87102

4                Tel:  505-242-8000

5                *Attorneys for David Ellis (New Mexico)*

6

7                        CERTIFICATE OF SERVICE

8        I hereby certify that I have, on this 13th day of September, 2013, filed the foregoing

9 using the electronic filing system (ECF), which will automatically serve the following counsel
of record:

10

11 Andrew P. Walsh
BAKER DONELSON BEARMAN CALDWELL
AND BERKOWITZ PC

12 420 North 20th Street, Suite 1400
Birmingham, AL 35203-5202

13

14 Daryl M. Crone
Gerald E. Hawxhurst
CROWN HAWXHURST LLP

15 10880 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90024

16

17 David E. Bower
Faruqi and Faruqi LLP
10866 Wilshire Blvd., Ste. 1470

18  Los Angeles, CA 90024
Email:  dbower@faruqilaw.com

19

20 Timothy Fisher
Bursor and Fisher PA
1990 N. California Blvd., Ste. 940

21 Walnut Creek, CA 94596
Email:  ltfisher@bursor.com

22

23 Mark Geragos
Geragos and Geragos APC
644 South Figueroa St.

24 Los Angeles, CA 90017
Email: mark@geragos.com

25

26 Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome St., Ste. 400

27 San Francisco, CA 94104
Email: lking@kaplanfox.com  lfong@kaplanfox.com

28

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL

1

2  Charles E. Schaffer
   Levin, Fishbein, Sedran & Berman
3  510 Walnut St., Ste. 500 Philadelphia, PA 19106
   Email:  cschaffer@lfsblaw.com
4

5  John R. Climaco
   Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA
6   55 Public Square, Ste. 1950
   Cleveland, OH 44115-1802
7  Email: japeca@climacolaw.com   jrclim@climacolaw.com

8
   Jordan Lucas
9  Chaikin Parker Waichman LLP
    3301 Bonita Beach Rd., Ste. 101
10 Bonita Springs, FL 34134
   Email:  jchaikin@yourlawyer.com
11

12 Joshua Harris
   Eggnatz Vernis & Bowling of Miami, P.A.
13  1680 NE 135th St.
   Miami, FL 33181
14 Email:  JoshEggnatz@gmail.com

15 Randall S. Crompton
   Holland and Groves, LLC
16 300 N. Tucker Blvd., Ste. 801
   St. Louis, MO 63101
17 Email: scrompton@allfela.com

18 Richard J. Arsenault
   Neblett, Beard & Arsenault
19 P.O. Box 1190
   2220 Bonaventure Ct.
20  Alexandria, LA 71309-1190
   Email: rarsenault@nbalawfirm.com
21

22 D. Scott Kalish
   405 Western Reserve Bldg.
23 1468 West Ninth Street
   Cleveland, OH 44113
24 Email: scottkalishcollc@cs.com

25 Irwin B. Levin
   Cohen & Malad LLP
26  One Indiana Square
   Suite 1400 Indianapolis, IN 46204
27  Email: ilevin@cohenandmalad.com

28

- xi -

1

2   Reginald Von Terrell
    The Terrell Law Group
3   P.O. Box 13315, PMB #148
    Oakland, CA 94661
4   Email:  reggiet2@aol.com  Counsel for Plaintiff Ayanna Nobles

5
                                        s/ Patrick C. Cooper
6                                       Counsel for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALABAMA GROUP'S CORRECTED MOTION TO APPOINT PATRICK C. COOPER OF WARD & WILSON
AS INTERIM CO-LEAD PLAINTIFFS' COUNSEL